UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN MILLER,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:15-cv-00063- JLT<br><br>ORDER GRANTING AN EXTENSION OF TIME<br><br>(Doc. 10) |

On July 8, 2015, the parties filed a stipulation to extend time for Plaintiff to serve a confidential letter brief.  (Doc. 10.) The Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested.  Thus, an extension of thirty days is appropriate.  Accordingly, **IT IS HEREBY ORDERED**:

1. The request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve his confidential letter brief no later than **August 3, 2015**.

IT IS SO ORDERED.

Dated:   **July 10, 2015**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

1