# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN MILLER,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.: 1:15-cv-00063- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND AN EXTENSION OF TIME<br><br>(Doc. 13) |

On August 3, 2015, the parties filed an amended stipulation to extend time for Plaintiff to serve a confidential letter brief. (Doc. 13) Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 5 at 4, emphasis added) An extension of time was granted by the Court on July 8, 2015. (Docs. 10-12) Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4) Further, the parties are cautioned that "[r]equests for modification of th[e] briefing schedule will **not** be routinely granted. (*Id.*, emphasis in original) Therefore, the Court construes the stipulation of the parties to be a motion by Plaintiff for modification of the Court's Scheduling Order.

Here, Plaintiff's counsel asserts the further extension of time is necessary "due to overwork despite due diligence, in conjunction with the moving and selling of a personal residence of 19 years." (Doc. 13 at 2) Further, Defendant does not oppose the extension of time. (*Id.*)

1

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**;
2. Plaintiff **SHALL** serve his confidential letter brief no later than **September 2, 2015**; and
3. Plaintiff is cautioned that no further extensions will be granted without the showing of exceptionally good cause.

IT IS SO ORDERED.

Dated:   **August 6, 2015**                              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE