UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-00063 - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME (Doc. 17) |

On September 4, 2015, the Commissioner served a response to Plaintiff's confidential letter brief. (Doc. 16)  Pursuant to the terms of the Court's scheduling order, if the parties did not agree to a remand, Plaintiff was to file an opening brief in this action "within thirty (30) days of service" of the response. (Doc. 6 at 2)  Thus, Plaintiff was to file an opening brief no later than October 5, 2015.

On October 27, 2015, Plaintiff's counsel, Melissa Newel, filed a motion for a third extension of time in the action, requesting that she have until November 4, 2015 to file an opening brief on behalf of Plaintiff.  (Doc. 17)  Ms. Newel reports she missed the filing deadline because she "had to attend to unforeseeable personal matters" related to the serious illness of her father.  (*Id.* at 2, 4)  Based upon the facts presented in Ms. Newel's declaration, the Court finds exceptionally good cause for the extension.[1]

///

---

[1] Plaintiff previously received two extensions of time.  In granting the second request, the Court cautioned Plaitniff that "no further extensions will be granted without the showing of exceptionally good cause." (Doc. 14 at 2)

1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion for an extension of time is **GRANTED**; and

2. Plaintiff **SHALL** file an opening brief on or before **November 4, 2015**.

Plaintiff is advised that no further extensions of the briefing schedule will be permitted, and failure to comply with this order may result in the issuance of sanctions pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   **October 29, 2015**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE